UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                                       :
FELIPE GARCIA,                                       :
                           Plaintiff,     :
                                          :    13-CV-1904 (VEC)
               -against-                :
                                          :    <u>ORDER</u>
ATLANTICO BAKERY CORP. and JERRY  :
LIBERATOS,                                       :
                          Defendant.  :
                                                     :
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/3/2015

VALERIE CAPRONI, United States District Judge:

      By letter dated March 13, 2014, the parties reported to the Court that they had reached a settlement of this matter.

      Accordingly, it is hereby ORDERED that this action will be dismissed without costs (including attorneys' fees) to either party on **August 28, 2015,** unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed or stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement.

      If the parties wish for the Court to retain jurisdiction over their settlement agreement, not later than **August 28, 2015**, they must submit the settlement agreement to the Court in accordance with Rule 5.A of the Court's Individual Practices, along with a request that the Court issue an order expressly retaining jurisdiction to enforce their settlement agreement. *See Hendrickson v. United States*, --- F.3d ---, 2015 WL 3953275 (2d Cir. 2015).

**SO ORDERED.**

Date:  August 3, 2015
          New York, NY

_____
**VALERIE CAPRONI
United States District Judge**