LAW OFFICE OF
# JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

BRANDON D. SHERR
BSHERR@ZELLERLEGAL.COM

JOHN M. GURRIERI
JMGURRIERI@ZELLERLEGAL.COM

TELEPHONE: 212.229.2249
FACSIMILE: 212.229.2246

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2015

October 7, 2015

**VIA ECF**

Hon. Valerie E. Caproni, United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 FOLEY SQ
NEW YORK, NY

Re: *Garcia v. Atlantico Bakery Corp.*, 13 CV 1904 (RA)

Dear Judge Caproni:

    The undersigned represent the plaintiff in the above-referenced matter. The plaintiff respectfully requests a two-week adjournment of the fairness hearing currently scheduled for October 8, 2015 at 2:00 p.m. The defendants consent to this request this extension will allow the parties to execute the settlement agreement. This is the second request for such relief.

    I thank the Court for its time and consideration.

Respectfully submitted,

*Justin Zeller*

Justin A. Zeller

---

Request DENIED. The parties must appear as scheduled on October 8, 2015 at 11:00 a.m. The parties' deadline for submitting the settlement agreement and the letter explaining why the settlement is fair and reasonable, as described at docket entry 18 in this court's August 31, 2015 Order, is ADJOURNED until no later than October 22, 2015. Plaintiff's counsel must include materials in their submission to support any request for attorneys' fees.
SO ORDERED.

*Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE     October 7, 2015