

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

FELIPE GARCIA, individually and on behalf
of all other persons similarly situated,

                              Plaintiff,

-against-

ATLANTICO BAKERY CORP., and JERRY
LIBERATOS, jointly and severally,

                              Defendants.

------------------------------------------------------------------x

No. 13-cv-1904 (RA) (JCF)

**ORDER TO SHOW CAUSE
TO WITHDRAW**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/17

UPON the reading and filing of the annexed Declaration of John V. Baranello, Esq. dated September 19, 2017, the supporting Memorandum of Law, and all the papers and proceedings heretofore had herein,

LET Plaintiff Felipe Garcia ("Plaintiff" and/or "Garcia"), Defendant Atlantico Bakery Corp. ("Atlantico") and/or Defendant Jerry Liberatos ("Liberatos") ("Atlantico" and "Liberatos" shall hereinafter be referred to as "Defendants"), or their attorneys, show cause in this Court, before the Honorable James C. Francis IV, Courtroom 18D, at the United States District Courthouse located at 500 Pearl Street on the 29th day of September, 2017 at 9:30 in the forenoon, or as soon as counsel can be heard, why an Order pursuant to Local Rule 1.4 should not be granted to Moses & Singer LLP, counsel of record for Defendants, for leave to withdraw as counsel for Defendants on the grounds that Defendants have failed and refused to communicate with counsel and pay significant outstanding legal fees, and why a further Order should not be granted staying all proceedings for 30 days so as to allow Defendants to obtain new counsel, and why such other relief as is just and proper should not be granted.

SUFFICIENT CAUSE BEING ALLEGED THEREFOR, it is

987151v1 014609.0101

ORDERED, that ~~pending the hearing and determination~~ of this motion, all proceedings in the above-entitled action, ~~including Dkt. 50 - Plaintiff's motion to reopen the case to enforce the settlement agreement~~ are stayed until further Order of this Court; and it is further

ORDERED, that service of a copy of this Order and the papers upon which it is granted be made by overnight mail on Defendants at (a) 62 Williams Street, New York, NY 10005-1520, (b) 80 Maiden Lane, New York, NY 10005, (c) 32 Broadway, New York, NY 10004, (d) 2844 Bell Boulevard, Bayside, NY 11360, and (e) 25 Cedar Street, New York, NY 10005[1] and by e-mail to tellyliberatos@gmail.com and jerryliberatos@gmail.com[2] on or before September 25, 2017 be deemed good and sufficient service; and it is further

ORDERED, that opposition papers, if any, shall be served on Moses & Singer LLP by facsimile (212-377-6064) or e-mail (jbaranello@mosessinger.com), on or before September 28, 2017; and it is further

ORDERED, that reply papers, if any, be served on or before the 29th day of September, 2017.

Dated: New York, New York
       September 19, 2017

ENTER:

James C. Francis IV
HON. JAMES C. FRANCIS
UNITED STATES MAGISTRATE JUDGE

---

[1] The addresses are those known and used by counsel for Defendants.
[2] The e-mail addresses of Liberatos and his brother, Tellis.